UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 MAR 19  PM 4: 32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. |
| | § | |
| Plaintiff, | § | A12CR 100 SS |
| | § | |
| v. | § | INFORMATION |
| | § | |
| RANDALL KEITH BALLARD, | § | [Violation: 26 U.S.C. § 7206(1) – Making |
| | § | and Subscribing a False Return, |
| Defendant, | § | Statement, or Other Document] |
| | § | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### [22 26 U.S.C. § 7206(1)]

On or about February 25, 2011, in the Western Districts of Texas, the defendant,

### RANDALL KEITH BALLARD

a resident of Elgin, Texas, did willfully make and subscribe a 2010 Form 1040, U.S. Individual

Income Tax Return, which was verified by a written declaration that it was made under the penalties

of perjury and which RANDALL KEITH BALLARD did not believe to be true and correct as to

every material matter. That 2010 Form 1040, U.S. Individual Income Tax Return, which was filed

with the Director, Internal Revenue Service Center, at Austin, Texas, stated on Line 22, that Total

Income was $40,562.00, whereas, as RANDALL KEITH BALLARD, then and there knew that Line

22, Total Income, was substantially, materially, and intentionally understated in the amount of

approximately $114,727.00.  The correct amount that should have been reported on Line 22, Total

Income, is approximately $155,289.00.


In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By:  _____
GREGG N. SOFER
Assistant U.S. Attorney
New York State Bar No. 106209
816 Congress Avenue, Suite 1000
Austin, Texas  78701
Telephone      (512) 916-5858
Facsimile      (512) 916-5854